**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**RICKY ASHLEY**　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #099718**

**vs.**　　　　　　　　　　　　**NO. 4:20CV00446 SWW**

**DAVID L. EANES, JR.,** *et al*.　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, WITHOUT PREJUDICE.

IT IS SO ORDERED, this 24th day of April, 2020.

　　　　　　　　　　　　　　　　　　　　Susan Webber Wright
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE